# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF VALERIE J.S. HIGGINS, BAR NO. 8883.

No. 69493

**FILED**

JAN 13 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DECLINING TO IMPOSE TEMPORARY SUSPENSION*

This is a petition under SCR 111 concerning attorney Valerie Higgins, based on a conviction for one count of driving under the influence, a misdemeanor. Higgins self-reported the conviction to the State Bar. Because the crime is not one of those specifically enumerated in SCR 111(6) as a "serious" crime, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

The seriousness of drinking and driving cannot be minimized, however, first offense driving under the influence is not the type of offense for which professional discipline is typically imposed. 2 Geoffrey C. Hazard, Jr., W. William Hodes, & Peter R. Jarvis, *The Law of Lawyering*, § 69.04, at 69-13 (4th ed. 2015); *In the Matter of Respondent I*, 2 Cal. State Bar Ct. Rptr. 260, 266 n.6, 272 (Rev. Dept. 1993). Accordingly, having considered the petition and supporting documentation, we conclude that Higgins' offense does not warrant the imposition of a temporary suspension or referral to a disciplinary board at this time.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-01232

cc: C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Valerie J. S. Higgins
Kimberly K. Farmer, Executive Director, State Bar of Nevada

SUPREME COURT
OF
NEVADA

(O) 1947A